```
 1 │ KAREN P. HEWITT
   │ United States Attorney
 2 │ BRUCE C. SMITH
   │ Assistant U.S. Attorney
 3 │ California State Bar No. 078225
   │ Federal Office Building
 4 │ 880 Front Street, Room 6293
   │ San Diego, California 92101-8893
 5 │ Telephone: (619) 557-6963
 6 │ Attorneys for Plaintiff
   │ United States of America
 7 │
```

FILED
08 JUN 16 AM 10:40
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ECL DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Civil 08 CV 1059 LAB BLM |
|---|---|---|
| Plaintiff, | ) | COMPLAINT FOR FORFEITURE |
| v. | ) | |
| ONE 2005 NISSAN TITAN PICKUP TRUCK, CALIFORNIA LICENSE NO. 7U07825, VIN 1N6AA07A85N522608, ITS TOOLS AND APPURTENANCES, | ) ) ) ) | |
| Defendant. | ) | |

By way of complaint against the defendant ONE 2005 NISSAN TITAN PICKUP TRUCK, CALIFORNIA LICENSE NO. 7U07825, VIN 1N6AA07A85N522608, ITS TOOLS AND APPURTENANCES, the United States of America alleges:

1. This Court has jurisdiction over this action by virtue of the provisions of Title 28, United States Code, Section 1355, because the acts and omissions giving rise to the instant forfeiture occurred in this district.

//

//

//

2008V00258:BCS:mia

2. Venue is proper in this district pursuant to Title 28, United States code, Section 1395 because the defendant was found in this district.

3. On February 10, 2008 at approximately 2:30 p.m., Christopher David Kenniston (hereinafter referred to as "Kenniston") arrived at the United States Border Patrol (hereinafter referred to as "USBP") Highway S-2 Checkpoint at the borderline between San Diego and Imperial Counties, north of Ocotillo in the Southern District of California. He was the driver of the defendant 2005 Nissan Titan pickup truck, VIN 1N6AA07A85N522608, bearing California license plate number 7U07825 (hereinafter referred to as "2005 Nissan Titan" or "defendant vehicle"). According to official records of the California Department of Motor Vehicles, Kenniston was the registered owner of the defendant vehicle. The following events transpired:

A. Kenniston came to a stop at the vehicle primary inspection position. He was greeted by USBP Agent Ojeda, wearing his USBP uniform. Kenniston declared himself to be a United States citizen. Seated next to Kenniston in the front passenger seat was Jeren Lannon Ostberg (hereinafter referred to as "Ostberg"). He too advised Agent Ojeda he was a United States citizen. Seated behind Kenniston and Ostberg were three Hispanic adults. Agent Ojeda inquired of the trio as to their citizenship. None of the three responded. Agent Ojeda directed Kenniston to pull off the roadway, and into the nearby secondary inspection area.

B. In secondary, the three Hispanic riders were identified as Laura Cristobal-Matiaz, Vicente Silva-Rodriguez, and

Julieta Jimenez-Vasconcelos. All three stated they were citizens of Mexico with no legal authority or documentation permitting them to enter or remain in the United States. They were taken into custody as undocumented aliens.

C. The three undocumented aliens were interviewed by USBP agents. Each described how they were guided on foot by smugglers through the back country from Mexico into the United States. After crossing into the United States, they encountered Kenniston and Ostberg. Kenniston offered to give them a ride into San Diego, California for a fee of $1,300.00 each. The trio agreed to his terms. When they arrived at the USBP Highway S-2 checkpoint, the defendant 2005 Nissan Titan and its travelers were en route to San Diego.

4. The defendant 2005 Nissan Titan was a conveyance that had been used or was being used in the commission of a violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii), transportation and movement or attempted transportation and movement of undocumented aliens, knowing or in reckless disregard that the alien has entered or remains in the United States in violation of law, in order to help the aliens remain in the United States illegally.

5. As a result of the foregoing, the defendant 2005 Nissan Titan is liable to condemnation and to forfeiture to the United States in accordance with Title 8, United States Code, Section 1324(b).

6. The defendant 2005 Nissan Titan is presently stored within the jurisdiction of this Court.

//

|   |   |
|---|---|
| 1 | WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendant 2005 Nissan Titan, and that due notice be given to all interested parties to appear and show cause why said forfeiture should not be declared. |

DATED: JUNE 9, 2008

KAREN P. HEWITT
United States Attorney

BRUCE C. SMITH
Assistant U.S. Attorney

**VERIFICATION**

I, Adrian Ojeda, state and declare as follows:

1. I am a United States Border Patrol Agent and am chiefly responsible for the investigation which is the basis for this litigation.

2. I have read the foregoing complaint and know its contents.

3. The information in the complaint was discovered during my investigation or was furnished by official Government sources. Based on this information, I believe the allegations in the complaint to be true.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on June 9, 2008

_____
ADRIAN OJEDA, AGENT
U.S. BORDER PATROL

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**DEFENDANTS**
One 2005 Nissan Titan Pickup Truck

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**08 CV 1059 LAB BLM**

(c) Attorney's (Firm Name, Address, and Telephone Number)
AUSA Bruce C. Smith, 880 Front Street, Room 6293, San Diego, CA 92101-8893, Tel. (619) 557-6963

Attorneys (If Known)
Richard M. Barnett, 105 W. F Street, 4th Floor, San Diego, CA 92101, Tel. (619) 231-1182

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☒ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 530 General | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | | | |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 8, United States Code, Section 1324(b)
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____
DOCKET NUMBER _____

DATE: 06/16/2008
SIGNATURE OF ATTORNEY OF RECORD
AUSA BRUCE C. SMITH

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

