FILED

08 JUN 23 PM 4:52

BY: ___ECL___   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ONE 2005 NISSAN TITAN<br>PICKUP TRUCK, CALIFORNIA<br>LICENSE NO. 7U07825,<br>VIN 1N6AA07A85N522608,<br>ITS TOOLS AND APPURTENANCES,<br><br>　　　　　Defendant. | Civil No. 08 CV 1059 LAB BLM<br><br>ORDER APPOINTING CUSTOMS<br>AND BORDER PROTECTION<br>AS CUSTODIAN |

　　　Upon a motion by plaintiff, United States of America, and it appearing that the Bureau of Customs and Border Protection (CBP), United States Department of Homeland Security, has consented to assume responsibility for the custody and maintenance of the above-named defendant property during the time it remains in the custody of this Court under its process herein,

　　　IT IS HEREBY ORDERED that upon the arrest of the defendant, the CBP shall be custodian of the defendant on behalf of this Court until further order.

//

//

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that all reasonable expenditures |
| 2 | incurred by CBP be a first charge against the defendant. |
| 3 | DATED: |
| 4 | *Larry A. Burns* |
| | UNITED STATES DISTRICT JUDGE |