1   KAREN P. HEWITT
    United States Attorney
2   BRUCE C. SMITH
    Assistant U.S. Attorney
3   California State Bar No. 078225
    Federal Office Building
4   880 Front Street, Room 6293
    San Diego, California 92101-8893
5   Telephone: (619) 557-6963

6   Attorneys for Plaintiff
    United States of America

7

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )     Case No.08cv1059-LAB(BLM)
                                     )
11              Plaintiff,           )
                                     )
12      v.                           )     JOINT MOTION FOR ORDER
                                     )     APPROVING JUDGMENT OF
13  ONE 2005 NISSAN TITAN,           )     FORFEITURE
    PICKUP TRUCK, CALIFORNIA         )
14  LICENSE NO. 7U07825,             )
    VIN 1N6AA07A85N522608,           )
15  ITS TOOLS AND APPURTENANCES,     )
                                     )
16              Defendant.           )
    _____)

17

18      Plaintiff, the United States of America, by and through its

19  counsel, Karen P. Hewitt, United States Attorney, and Bruce C.

20  Smith, Assistant United States attorney, and claimant, Christopher

21  David Kenniston, and claimant's attorney, Richard M. Barnett, Esq.

22  hereby stipulate and agree as follows:

23      1.   Claimant and the plaintiff have agreed to settle the

24  matter of the seizure and forfeiture of the above-captioned

25  defendant vehicle.

26      2.   Claimant and the plaintiff have agreed to a settlement

27  which is hereinafter described in its particulars:

28  //

    08cv1059-LAB(BTM)

A.   Claimant Christopher David Kenniston shall pay to the United States a total of $5,000.00 in U.S. dollars to settle the case.  Of that total amount, $4,000.00 shall be condemned and forfeited to the United States.  The remaining $1,000.00 shall be paid by claimant to cover a portion of the costs associated with the seizure and storage of the defendant vehicle.

i.   On or before July 11, 2008, claimant shall pay to the United States the amount of $4,000.00 in the form of a cashier's check, made payable to Customs and Border Protection.

ii.   On or before July 11, 2008, claimant shall pay $1,000.00 to the storage facility, San Diego Auto Auction, in partial payment for the costs of storage of the defendant vehicle incurred by the United States Government from the day of its seizure until July 11, 2008.  Any and all costs above and beyond $1,000.00 incurred by the United States as a result of the seizure, storage and maintenance of the defendant vehicle from the date of its seizure until July 11, 2008 shall be borne by the United States.

iii. Claimant shall pay the $1,000.00 in fees and retrieve the defendant vehicle from the storage facility on a date no later than July 11, 2008.  Any and all costs generated as a result of the storage and maintenance of the defendant vehicle from July 12, 2008, until the date claimant pays the $1,000.00 and retrieves his vehicle from the storage facility shall be borne by claimant.

3.   The person or persons who made the seizure and the prosecutor shall not be liable to suit or judgment on account of

1    such seizure and prosecution in accordance with Title 28, United

2    States Code, Section 2465.

3        4.    The terms of this settlement do not affect the tax

4    obligations, fines, penalties, or any other monetary obligations

5    claimant may owe to the United States.

6        5.    The claimant agrees that by entering into this

7    stipulation, claimant has not "substantially prevailed" within the

8    meaning of 28 U.S.C. § 2465. The parties to this settlement agree

9    that each will bear their own attorney's fees and costs.

10       8.    The claimant, claimant's agents, employees, or assigns,

11    shall hold and save harmless the United States of America, its

12    agents and employees (other than private contractors), from any

13    and all claims which might result from the seizure of the

14    defendant vehicle.

15

16       DATED: JULY 22, 2008      KAREN P. HEWITT
                                     United States Attorney

17

18

19                                    BRUCE C. SMITH
                                   Assistant U.S. Attorney

20

21

22       DATED:

23       7.21.08                        CHRISTOPHER DAVID KENNISTON
                                   Claimant

24

25       DATED: 7-27-08                RICHARD M. BARNETT, ESQ.
                                   Attorney For Both Claimants

26

27

28