1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,        )  Case No. 08cv1059-LAB(BLM)
                                      )
11              Plaintiff,            )  JUDGMENT OF FORFEITURE
                                      )
12        v.                          )
                                      )
13   ONE 2005 NISSAN TITAN,           )
     PICKUP TRUCK, CALIFORNIA         )
14   LICENSE NO. 7U07825,             )
     VIN 1N6AA07A85N522608,           )
15   ITS TOOLS AND APPURTENANCES,     )
                                      )
16              Defendant.            )
     _____)

17

18        Having reviewed the Joint Motion For Forfeiture of Defendant

19   Vehicle and good cause appearing therefor,

20        IT IS HEREBY ORDERED, ADJUDGED and DECREED:

21          The Joint Motion is approved;

22        1.   Claimant Christopher David Kenniston shall pay to the

23   United States a total of $5,000.00 in U.S. dollars to settle the

24   case.   Of that total amount, $4,000.00 shall be condemned and

25   forfeited to the United States.  The remaining $1,000.00 shall be

26   paid by claimant to cover a portion of the costs associated with

27   the seizure and storage of the defendant vehicle.

28   //

1       2.   On or before July 11, 2008, claimant shall pay to the

2  United States the amount of $4,000.00 in the form of a cashier's

3  check, made payable to Customs and Border Protection.

4       3.   On or before July 11, 2008, claimant shall pay $1,000.00

5  to the storage facility, San Diego Auto Auction, in partial

6  payment for the costs of storage of the defendant vehicle incurred

7  by the United States Government from the day of its seizure until

8  July 11, 2008.   Any and all costs above and beyond $1,000.00

9  incurred by the United States as a result of the seizure, storage

10  and maintenance of the defendant vehicle from the date of its

11  seizure until July 11, 2008 shall be borne by the United States.

12       4.   Claimant shall pay the $1,000.00 in fees and retrieve

13  the defendant vehicle from the storage facility on a date no later

14  than July 11, 2008.   Any and all costs generated as a result of

15  the storage and maintenance of the defendant vehicle from July 12,

16  2008, until the date claimant pays the $1,000.00 and retrieves his

17  vehicle from the storage facility shall be borne by claimant.

18       5.   The person or persons who made the seizure and the

19  prosecutor shall not be liable to suit or judgment on account of

20  such seizure and prosecution in accordance with Title 28, United

21  States Code, Section 2465.

22       6.   The terms of this settlement do not affect the tax

23  obligations, fines, penalties, or any other monetary obligations

24  claimant may owe to the United States.

25       7.   The claimant agrees that by entering into this

26  stipulation, claimant has not "substantially prevailed" within the

27  meaning of 28 U.S.C. § 2465.   The parties to this settlement agree

28  that each will bear their own attorney's fees and costs.

1       8.   The claimant, claimant's agents, employees, or assigns,

2 shall hold and save harmless the United States of America, its

3 agents and employees (other than private contractors), from any

4 and all claims which might result from the seizure of the

5 defendant vehicle.

6       9.   This case is hereby ordered closed.  Let judgment be

7 entered accordingly.

8

9 DATED:  July 23, 2008

10                         _Larry A. Burns_

11                       **HONORABLE LARRY ALAN BURNS**
                      United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28